# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Rickey Mackey,

    Petitioner,

        v.                                  Case No.   1:15cv516

Warden, Noble Correctional
Institution,                                  Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 18, 2016 (Doc. 15).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 15) of the Magistrate Judge is hereby **ADOPTED.**   Respondent's Motion to Dismiss (Doc. 11) is **GRANTED** and the Petition (Doc. 1) is **DISMISSED** with prejudice.

    Any request for certificate of appealability or request to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915(a), would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                                                          *s/Michael R. Barrett*
                                                          Michael R. Barrett
                                                           United States District Judge