UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rickey Mackey,

    Petitioner,

        v.                        Case No.  1:15cv516

Warden, Noble Correctional
Institution,                          Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 11, 2016 (Doc. 16).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 16) of the Magistrate Judge is hereby **ADOPTED.**  Petitioner's Motion for Summary Judgment is **DENIED**.  This matter remains closed on the docket of this Court.

    **IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett
                                      United States District Judge